1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  KIMBERLY A. ROBINSON (DCBN 999022)
   Assistant United States Attorney
4

5      1301 Clay Street, Suite 340-S
       Oakland, California 94612
6      Telephone: (510) 637-3701
       FAX: (510) 637-3724
7      kimberly.robinson3@usdoj.gov

8
   Attorneys for Defendants
9  United States Citizenship and Immigration Services et al.

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                       SAN FRANCISCO DIVISION
13

14  Mary Ellen Vincent,                    )    Case No. 3:20-cv-02336-JCS
                                           )
15                                         )    **STIPULATION OF VOLUNTARY DISMISSAL
                                           )    WITH PREJUDICE**
16          Plaintiff,                     )
                                           )
17                                         )
                                           )
18       v.                                )
                                           )
19                                         )
                                           )
20  U.S. Citizenship & Immigration         )
    Services, Mark Koumans, in his Capacity)
21  as Acting Director, U.S. Citizenship & )
    Immigration Services,[1] Chad Wolf,    )
22  in his official capacity as Acting Secretary, )
    U.S. Department of Homeland Security,  )
23                                         )
                                           )
24          Defendants.                    )
    _____)
25

26  _____
       [1] Kenneth T. Cuccinelli is currently serving as the Senior Official Performing the Duties of the
27  Director of United States Citizenship and Immigration Services, automatically substituting for Mark
    Koumans, as a party in accordance with Fed. R. Civ. P. 25(d).
28  STIPULATION OF VOLUNTARY DISMISSAL
    No. 3:20-cv-02336-JCS

                                    1

1

2
        Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Mary Ellen Vincent, and

3
Defendant, United States Citizenship and Immigration Services et. al, hereby stipulate to dismiss with

4
prejudice the above-captioned action, including all claims that were or could have been asserted therein.

5
Each party will bear its own costs and attorney's fees.

6
                        Respectfully submitted,

7
                        DAVID L. ANDERSON
United States Attorney

8

9
DATED: 10/2/20         By:    */s/Kimberly A. Robinson*
                                  KIMBERLY A. ROBINSON

10
                                  Assistant United States Attorney

11

12
DATED: 10/2/20         By:    */s/ Martin Lawler*
                                  MARTIN LAWLER

13
                                  Counsel for Plaintiff

14

15

16
Dated: 10/2/2020



17

18

19

20

21

22

23

24

25

26

27

28
STIPULATION OF VOLUNTARY DISMISSAL
No. 3:20-cv-02336-JCS